# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **Whelan v. Pascale**  Docket No.: **14-3864**

Lead Counsel of Record (name/firm) or Pro se Party (name): **Patricia Weiss, Esq.**

Appearance for (party/designation): **Mary M. Whelan and David J. Whelan, Plaintiff-Appellants**

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect. Please change the following parties' designations:
   Party                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____  Fax: _____
Email: _____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, ~~if required by LR 46.1(a)(2)~~, have renewed my admission on _____ OR that (X) I applied for ~~admission on~~ _____ or renewal on **October 27, 2014**. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Patricia Weiss Esq*
Type or Print Name: **Patricia Weiss**
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.